```
                    FILED
                    AUG - 7 2023
                    CLERK, U.S. DISTRICT COURT
                         NORFOLK, VA
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

MARCI-LYNN LILLA,
ELLEN OCONNOR, ESURANCE PROPERTY
AND CASUALTY INSURANCE COMPANY,
TEJA DIONDRA ROY DIAZ f/k/a Teja Diondra
Roy, LUIS TORRES, SR., and LUIS DANIEL
TORRES DIAZ,

    Plaintiffs,

v.

PROGRESSIVE MARATHON INSURANCE
COMPANY

    Defendant.

Case No.: 2:22-cv-00398

## *MEMORANDUM ORDER AND OPINION*

On May 12, 2023, the Court entered an Order realigning the parties in this action to reflect their interests in the litigation. ECF No. 16. In that Order, the Court realigned Esurance Property and Casualty Insurance Company ("Esurance"), Teja Diondra Roy Diaz F/K/A Teja Diondra Roy ("Ms. Roy"), Luis Torres, Sr. ("Mr. Torres"), and Luis Daniel Torres Diaz ("Mr. Diaz") (collectively, the "Realigned Plaintiffs"), as Plaintiffs in the above-styled matter. *Id.* In accordance with the May 12, 2023 Order, the Court regards Esurance, Ms. Roy, Mr. Torres, and Mr. Diaz as Plaintiffs in this action and Progressive Marathon Insurance Company ("Progressive") as the sole Defendant. *Id.* The Court regards Luis Daniel Torres Diaz and Luis Torres Sr. to be nominal parties in this action. *Id.*

The record indicates that the Realigned Plaintiffs have not formally appeared in this action. Accordingly, the Court **ORDERS** each realigned Plaintiff to file a Notice of Appearance in the above-styled case or otherwise indicate whether they wish to remain a party in this action

within **TWENTY (20) DAYS** from the date of this Order. Any Realigned Plaintiff who does not intend to remain a party in this case is **DIRECTED** to file a motion to be dismissed from this action. The parties are also **DIRECTED** to file a status report in this action, as set forth herein, within **THIRTY (30) DAYS** from the date of this Order.

The Clerk is **DIRECTED** to send a copy of this Memorandum Opinion and Order to the parties and all counsel of record.

**IT IS SO ORDERED.**

Norfolk, Virginia
August    , 2023

Raymond A. Jackson
United States District Judge